IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TASHYRA POWELL**                                                                                   **PLAINTIFF**

v.                               Case No. 4:22-cv-01056-LPR

**DOES, Clarksville Arkansas Jail**                                                          **DEFENDANT**

## ORDER

Plaintiff Tashyra Powell filed a pro se complaint alleging that, while detained in the Clarksville jail, she was served tainted food at the hands of Johnson County Defendants.[1] Based on the facts alleged and the Doe Defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas.[2] Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas.[3]

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 7th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] 28 U.S.C. § 1391(b).

[3] *Id.* § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.")