IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TASHYRA POWELL**                                                                                              **PLAINTIFF**

v.                                        Case No. 4:22-CV-01056-LPR

**DOE, Yell County Jail (originally**
**named as Clarksville Arkansas jail)**                                                        **DEFENDANT**

## ORDER

Plaintiff Tashyra Powell's Motion to Proceed *In Forma Pauperis* is granted.[1] She reports no income and few savings.[2] The law requires that I screen her Complaint and Amended Complaint.[3]

In a one-paragraph Complaint, Ms. Powell sued the Johnson County Jail arguing that, while detained, guards were allowed to "do things to [her] food . . . ."[4] She said her complaints to the Judge went unanswered and that she became ill requiring medical attention.[5] Ms. Powell was directed to file an Amended Complaint naming with specificity how, by whom, and when she was harmed.[6] Ms. Powell timely filed an Amended Complaint; however, it contains even fewer specifics. In it, she says she was tortured by "the state" with "illegal science" at the Yell County Jail.[7] She does not say how she was harmed, by whom, or when it happened.

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mot. for Leave to Proceed *IFP* (Doc. 1).

[3] 28 U.S.C. § 1915(e)(2); Compl. (Doc. 2); Am. Compl. (Doc. 6).

[4] Compl. (Doc. 2). Because that jail is in the Western District of Arkansas, this Court transferred the case there. *See infra* note 6.

[5] Compl. (Doc. 2).

[6] Order (Doc. 5) at 1; Ex. 1 (Western District Docket Sheet) to Order (Doc. 5-1) at 2.

[7] Am. Compl. (Doc. 6) at 4–5. The Yell County Jail is here in the Eastern District, so the case was transferred back to this Court. *See* Order (Doc. 5).

An action is frivolous if its allegations are "fanciful, fantastic, and delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory . . . ."[8] A "finding of . . . frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible . . . ."[9] Ms. Powell's unsupported and conclusory claim that she was tortured falls into this category. In any event, her allegations are entirely conclusory and do not state a viable claim. She alleges no specific facts as to what was done to her and by whom. Accordingly, both her Complaint and Amended Complaint will be dismissed without prejudice.[10]

IT IS THEREFORE ORDERED that:

1. Ms. Powell's Motion to Proceed *In Forma Pauperis* (Doc. 1) is GRANTED.

2. The Complaint (Doc. 2) and Amended Complaint (Doc. 6) are DISMISSED without prejudice. The Court recommends this dismissal count as a strike.

3. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[11]

Dated this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[8] *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992) (internal citations omitted) (quoting *Neitzke v. Williams*, 490 U.S. 319, 327–29 (1989)).

[9] *Id.* at 33.

[10] Moreover, the Yell County Jail is not a "person" subject to suit under 42 U.S.C. § 1983. *See Da La Garza v. Kandiyohi Cnty. Jail, Corr. Inst.*, 18 F. App'x 436, 437 (8th Cir. 2001).

[11] 28 U.S.C. § 1915(a)(3).